## WILLS v. STATE.
### No. 26915.

Court of Criminal Appeals of Texas.

March 31, 1954.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., Austin, for the State.

DAVIDSON, Commissioner.

This purports to be an appeal from a conviction for transporting whisky and wine in a dry area, with punishment assessed at a fine of $300.

This court has no jurisdiction here, for the reason that no notice of appeal was given and entered of record, as required by art. 827, C.C.P.

The appeal is dismissed.

Opinion approved by the court.